IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |
|---|---|
| B/E AEROSPACE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 3:04-cv-473 |
| | ) |
| RECARO AIRCRAFT SEATING | ) |
| GmbH & CO. KG and | ) |
| RECARO AIRCRAFT SEATING, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **ORDER**

_____THIS CAUSE coming on to be heard and being heard on Motion of W. Thad Adams, III for

admission *pro hac vice* of Gregory A. Madera, and it appearing that good grounds exist for the

Motion to be granted,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Gregory A. Madera be and hereby is admitted to this Court pro hac vice.

Signed: July 26, 2006

_____

David C. Keesler
United States Magistrate Judge