IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| B/E AEROSPACE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:04-cv-473 |
| | ) |
| RECARO AIRCRAFT SEATING | ) |
| GmbH & CO. KG and | ) |
| RECARO AIRCRAFT SEATING, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

THIS CAUSE coming on to be heard and being heard on Motion for Admission *Pro Hac Vice* of Mark S. Bicks, and it appearing that good grounds exist for the Motion to be granted, and that attorney Scott M. Tyler of Moore & Van Allen in Charlotte, North Carolina is serving as local counsel,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Mark S. Bicks be and hereby is admitted to this Court pro hac vice. If he has not already done so, Mr. Bicks should pay the appropriate fee to the Clerk.

Signed: December 15, 2006

David C. Keesler
United States Magistrate Judge