# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:04CV473

| | |
|---|---|
| B/E AEROSPACE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RECARO AIRCRAFT SEATING, ) | |
| GmbH & CO. KG and RECARO ) | |
| AIRCRAFT SEATING, INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion for Discovery Relating to Personal Jurisdiction and Venue and to Defer Briefing of Defendant's Motion to Dismiss" (Document No. 15) filed October 24, 2005. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and is now ripe for review.

Having fully considered the arguments, the record, and the applicable authority, the undersigned will <u>grant</u> Plaintiff's motion. The Court finds that its determination of personal jurisdiction and venue may be aided by limited discovery on that issue.

**IT IS, THEREFORE, ORDERED** that Plaintiff has until **March 15, 2007** to conduct discovery in this matter, limited to the issue of personal jurisdiction and venue, by the taking of three (3) depositions of third party airline representatives and one (1) deposition of an appropriate representative of Recaro Aircraft Seating GmbH & Co. KG or Recaro Aircraft Seating, Inc. This Order is entered without prejudice to the Plaintiff to file a request for additional discovery if necessary or for the Defendant to oppose any such requests. Plaintiffs shall file a response to

"Defendants' Motion to Dismiss" (Document No. 11) on or before **March 30, 2007**.

**IT IS FURTHER ORDERED** that pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1(A), the parties are directed to confer and to jointly file a certification of initial attorneys' conference and proposed discovery plan on or before **January 18, 2007**.

**SO ORDERED**.

Signed: December 15, 2006

David C. Keesler
United States Magistrate Judge